**The Law Offices of Jeffrey Lohman, P.C.**
Ibrahim Muhtaseb – Bar # 299472
4740 Green River Road
Suite 219
Corona, CA 92880
(866) 329-9217, Ext. 1008
(657) 246-1311 - fax
Email: IbrahimM@jlohman.com
Attorneys for Plaintiff,
JENNIFER ANICETE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| JENNIFER ANICETE, | Case No.: 4:17-CV-01833-SBA |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| NAVIENT SOLUTIONS, LLC, | |
| Defendant. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Defendants have reached a settlement in the above-referenced case. A formal settlement agreement will be circulated between the parties for review and approval.

///

1  Once all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed.

RESPECTFULLY SUBMITTED,

DATED: August 10, 2017

**THE LAW OFFICES OF JEFFREY LOHMAN, P.C.**

By: */s/ Ibrahim Muhtaseb*
IBRAHIM MUHTASEB

Attorneys for Plaintiff
Email: IbrahimM@JLohman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2017, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

>　　　　　　　　　　　　　　　　*/s/ Ibrahim Muhtaseb*
>　　　　　　　　　　　　　　　　Ibrahim Muhtaseb